IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0155
 ((((((((((((((((

 Gte Mobilnet Of South Texas Limited Partnership D/B/A Verizon Wireless,

 v.

 CELLULAR MAX, INCORPORATED

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to continue stay proceedings, being treated as a
motion to continue abatement, filed on August 27, 2004, is granted, and the
ABATEMENT is extended until November 1, 2004 to allow the parties to
proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until
November 1, 2004, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 31st day of August, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk